Lisa Joanne Smith (Full Name)
971 Avenida Ladera (Address Line 1)
San Dimas
California 91773 (Address Line 2)
626 482 1062 909 506 8224 (Phone Number)
Plaintiff in Pro Per

FILED
CLERK, U.S. DISTRICT COURT
JAN 2 - 2024
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Lisa Joanne Smith an Individual,

**Plaintiff,**

**vs.**

City of San Dimas, California
Emmett Badar Mayor
Los Angeles Sheriff Department
Department of Homeland Security
Los Angeles Aero Bureau
Federal Bureau of Investigation
Joceline and Robert Abdallah
Golden State Water Company
Villa Verde Country Club, San Dimas Ca.

**Defendants**

**Case No.:** CV23-10697-SPG(JCx)
(To be supplied by the Clerk)

First Amended

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983**

**Jury Trial Demanded:** ■ Yes ☐ No

## COMPLAINT AND REQUEST FOR INJUNCTION

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

PLAINTIFF RESERVES THE RIGHT TO AMEND THEIR PLEADINGS AT A LATER DATE.

## I. First Cause of Action

My name is Lisa Joanne Smith. I am a 62 year old female born and raised in the State of California. I am currently a Grade School Teacher and have taught for over 32 plus years. I currently reside at the address of 971 Avenida Ladera, San Dimas California. I purchased this Home in 2004 and have resided there for over 18.5 years.

In 2014 I noticed that the cement began to crack on the East side of the Backyard. I forwarded a letter to the City of San Dimas, Ca. Mayor concerning the movement of the ground. I was ignored. Problems arose concerning the swimming pool located on the property East of my property located at 961 Avenida Ladera, San Dimas, Ca. owned by Jocelyn and Robert Neib. A conversation was undertaken at the time concerning the swimming pool, in which both parties expressed their concern as they were having problems with leakage from swimming pool but assured us that they would correct the situation. In 2018, A letter was again written to the City of San Dimas, Ca. attention Mayor Emmett Badar, the current and then mayor of the City of San Dimas. The Letter again expressed my concern of the movement of the Ground on the East Side of my property. I was ignored and no response from anyone from the city of San Dimas, California. A loud splashing noise could be heard from the backyard, and was Investigated. What was found was a 6 ft by 6 ft cement container like structure at the bottom of the two properties on the East Side of my Property and Westside of of the Neib property. Inside was a drain running North to South, and another drain running East to West. A large volume of water was coming out of the North to South Drain and filling the cement container. Once the water reached the second container,\ The water would drain into the East to West Drainage. At the Street Level there 3 Storm Drains which drain into the piping through the ground on the East Side of my Property.

Golden State Water Company which services the City of San Dimas Water Supply Has a Water Containment Reservoir, across the street from my home and 4 houses up adjacent to Ladera Sera Park, owned and operated by the City of San Dimas.

I have never watered the East Side of the Back Area of the Property since I moved into My home. Since 2004, the trees and growth on the Eastside of the property would always be green year round. As Avenida Ladera, San Dimas, Ca. is on a hill, any water would move Westward in a downhill movement. In 2021, I noticed the doors in my home began to jam. In order to Investigate the cause, I turned my water service off In July of 2021 for the purpose of ascertaining whether or not my plumbing was the cause of the growth on the property and the movement of the ground. My water service continues to be off as of December 2023, going on 2.5 years, and we cart in gallons of water on a by monthly basis. This effort would conclude in dead growth on the east side of my property if my plumbing was the problem. The Growth of the Trees and plants continued right on even during the worst parts of the Drought which California had been suffering through proving then and continues to provide evidence that my plumbing was "not" the source of the water. I have not had access to my garage since July of 2021, as the door jammed and we are unable to open and have access to the garage. This also provides to date, proof that the foundation has moved. The cement slab on the Eastside of the property had broken and was lifting and to date has not been disturbed.

On April 28, 2023 in the early morning hours, A loud Noise was heard and the next Morning upon inspection, the Patio on the East Side of the Property, adjoining to the House, had collapsed landing within a couple of feet from it's standing position, not Completely landing on the ground.

On June 15, 2023 I filed a claim against the City of San Dimas, California for Leaking of the drainage piping which goes underground alongside the Eastside of My property, also the fault of the City of San Dimas, California for ignoring my Letters concerning the irregular movement of the Ground. I believe the City of San Dimas, California is negligent concerning the permits granted prior to The Construction of my home located at 971 Avenida Ladera. This failure and failure to undergo upkeep of the drainage system since the date of the Construction of my home in 1973 Is the cause of the Damage done to my property to date.

## II SECOND CAUSE OF ACTION

Plaintiff's second cause of action was initiated and executed by the City of San Dimas. The City of San Dimas, California initiated a Revenge Effort to deprive the Plaintiff of my Rights by sending Employees of the City of San Dimas, Ca. to harass Plaintiff and to Trespass onto the address of 971 Avenida Ladera, San Dimas, Ca. to intimidate and Attempt to prevent the Plaintiff from filing this Law Suit. On two different occasions, Employees of the City of San Dimas, Ca., employed and accessed Officer Rodriquez from the Los Angeles Sheriff Department to act as an intimidation catalyst to deprive The plaintiff of my rights to move freely. Officer Rodriquez acted as "attorney of Record" In and for the City of San Dimas, Ca. while family members of the Plaintiff were recording Events by Interfering with the collection of evidence by making legal claims for the City of San Dimas, Ca. and preventing the collection of evidence against the city of San Dimas by the persons representing the Plaintiff''s interest.

On July 6, 2023, employees of the City of San Dimas, California stalked the Plaintif At her home, and then attempted to follow the Plaintiff to cause harm and injury to the Plaintiff. The Employee in a City of San Dimas, Ca. city vehicle extended their attempts By contacting a second employee in a vehicle from the City of San Dimas, California to act as an attack associate to further their revenge upon this Plaintiff.

These matters were recorded on Property Security Cameras, and mobile security cameras and were witnessed by others who will testify on the Plaintiff's behalf.

**III THIRD CAUSE OF ACTION**

Plaintiff's third cause of action was initiated and executed by the City of San Dima, Ca. In May 2023, the Defendant City of San Dimas, Ca. 91773 with the full intention of financial gain due to the damage done to the property located at 971 Avenida Ladera, San Dimas, Ca. 91773 , by the Instituting of a Daily financial Penalty against the Plaintiff, for failure to remove trees, shrubs, palms, and Property damage done to the property by Los Angeles Sheriff Department. Defendant made written threats of 1. imprisonment, 2.restriction on any new repairs requiring permits,3. forced removal of said trees, palms, plants, wooden structures,4. and all other claims made by defendant. Defendant has made fraudulent claims of the "cleanliness" and quality of life by holding property owners in the city of San Dimas, Ca. to stringent rules concerning the "Visual" aesthetics of the Properties of San Dimas. Defendant, City of San Dimas disqualifies and demonstrates Fraud, ,as Plaintiff will provide Overwhelming Evidence of the "Poor" and "Unacceptable" condition the city of San Dimas constantly viewed by the Property Owners in and around the city of San Dimas, Ca. exists on a daily basis.

Plaintiff asserts and claims that the items mentioned above are "Evidence" in accordance with the claims made by Plaintiff in this Lawsuit. Plaintiff claims and assert that the City of San Dimas, Ca. has used Storm Drains for illegal purposes to serve a Water Reservoir Run by the Golden State Water Company , a for profit entity.

Plaintiff claims that the Storm Drains which run through the property between the Plaintiff address of 971 Avenida Ladera, and the property owned by Joceline and Robert Abadallah, known as 961 Avenida Ladera, San Dimas, Ca., are not designed for the volume of water which is released by the Golden State Water Company into the San Dimas, Ca. storm drains on a daily basis. These drains, the Plaintiff believes are Responsible for The movement of the illegally permitted grounds, permitted by the City of San Dimas, Ca. In 1973 and or prior to this date, in which the Plaintiff's Residence is located.

Plaintiff incorporates Third Cause of Action as an original to Case Number CV23-10697-SPG(JCX) as an attachment to said case.

## CLAIMS

Plaintiff realleges and incorporates by reference all of the paragraphs above in Pages 1 and Pages 2 of First Claim of Action and 2nd Claim of Action.

Plaintiff has a claim under U.S.C. 28 1343 to recover damages for injury or property, or Because of the deprivation of any right or privilege of a Citizen of the United States, by Any act done in furtherance of any conspiracy mentioned in section 1985 of Title 42. The City of San Dimas and the representatives making the decisions which ultimately Caused the damage to my property, by lack of and intentional refusal to address the Issues concerning the water leakage and ground movement on my property address of 971 Avenida Ladera, San Dimas, Ca. 91773

Plaintiff has a claim under U.S.C. 28 1343 as Plaintiff was deprived of the right To move freely in her home and was interfered with by Employees of the City of San Dimas. Employees stalked the Plaintiff while plaintiff was in her home and Continued to attempt to deprive this Plaintiff of the equal rights of citizens within The Jurisdiction of the United States in that the Defendants, harassed the Plaintiff With their presence on or near the property photographing the plaintiff's automobiles, Property, with the intent to deprive this Plaintiff with equal protection of the law as The Defendant used employees of the City of San Dimas, Ca. and the Los Angeles Sheriff Department, officer Rodriquez (on 2 Occasions) to attempt to intimidate and deprive the Plaintiff of their rights.

## Irreparable Injury

Plantiff Believes that the monetary damages requested in this Cause of Action 1 and Cause of action 2 not rendered and paid immediately by the Defendants would be Insufficient to compensate the plaintiff for the damage done to the property as The Defandants failure to address and attempt to resolve said property damage, Continues to damage the Plaintiff's property and well being.

The damage continues to be invoked by the Defendants on a daily basis.

Plantiff requests the Court render judgement requested by the Plantiff and all\ Other sums and remedies available to the plantiff at law.

# RELIEF

Plaintiff Hopes, Prays and request that the Court: Order the Defendants to pay The sum of Two Million Three Hundred and Seventy Five Thousand Dollars $2, 375,000.00 for the damage done to my property located at 971 Avenida Ladera, San Dimas, Ca. 91773.

Plaintiff will have to have the Ground located on the Eastside of the Property Reconstructed so as to sustain the ground enforcing the foundation of the Property.

Plaintiff costs, to repair the damaged cement patio, and have it re-constructed.

Plaintiff costs, to have the damage done to the structure of the house due to The damage done, in the re-construction of the balconies of the home on the 2nd floor of the residence.

Plaintiff has suffered and continues to suffer with the condition of the home and The lack of water due to services, turned off to offer the court Prima Facia Evidence" of the fault of the Defendants.

Plaintiff Requests all other Punitive money damages available at law

**RELIEF**

PAGE - 2

Plaintiff Requests and prays that the Court Render judgement in the Plaintiff's Favor And charge the Defendants the sum of Two Million, Three Hundred and Seventy Five Thousand Dollars for Fraudulent claims against the Plaintiff, and further Orders that City of San Dimas, Ca. take nothing for their assumed or actual Penalties against this Plaintiff and the address of 971 Avenida Ladera, San Dimas, Ca.

Plaintiff incorporates this Page as an original attachment to said Case as page two of The Third Cause of Action.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 12-21-2023

*Sign:* [signature]

*Print Name:* Lisa J. Smith

**Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A. For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-21-2023

Signature of Plaintiff [signature]

Printed Name of Plaintiff Lisa J. Smith

1ST AMENDED COMPLAINT

DATE : 01-02-2024

SIGNATURE OF PLAINTIFF [signature]

PRINTED NAME OF PLAINTIFF Lisa J. Smith